IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLUE WILKINS, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-203J |
| | ) | Judge Kim R. Gibson/ |
| GERALD ROZUM, Superintendent; | ) | Magistrate Judge Amy Reynolds Hay |
| JEFFREY A. BEARD, PH.D., Secretary of | ) | |
| Corrections; REBECCA GAUNTNER, | ) | |
| Library Asst., SCI Somerset; DANIEL J. | ) | |
| GEHLMAN, Major, SCI Somerset; SILVIA | ) | |
| GIBSON, Deputy Superintendent, SCI | ) | |
| Somerset; TERRY DEWITT, Office of | ) | |
| Professional Responsibility, PA Department | ) | |
| of Corrections; DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | |
| Defendants | ) | |

## ORDER

AND NOW, this 14th day of August, 2008, after the Plaintiff, Glue Wilkins, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until August 11, 2008 to file written objections thereto, and objections to the the report and recommendation having been filed by plaintiff which are without merit, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' motion for summary judgment, Dkt. [31] is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                              KIM R. GIBSON
                                              United States District Judge

cc:      Honorable Amy Reynolds Hay
         United States Magistrate Judge

         Glue Wilkins
         FP-1629
         SCI Cresson
         P.O. Box A
         Cresson, PA 16699-0001

         Douglas B. Barber
         Deputy Attorney General
         Office of the Attorney General
         6th Floor, Manor Complex
         564 Forbes Avenue
         Pittsburgh, PA 15219